FILED ___ ENTERED
LODGED ___ RECEIVED

JUN 27 2016

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | INFORMATION CR16-189 JLR |
|---|---|
| Plaintiff, | |
| v. | |
| ROHIT REDDY, | |
| Defendant. | |

The United States Attorney charges:

## COUNT 1
### (SNAP Benefit Fraud)

On or about the date listed below, at Burien, in the Western District of Washington, and elsewhere, ROHIT REDDY used, transferred, acquired, and possessed benefits, as that term is defined in Title 7, United States Code, Section 2012(d), having an aggregate value of $100 or more, in a manner that he knew was contrary to Title 7, United States Code, Chapter 51 and regulations issued pursuant thereto, in that the benefits were exchanged for cash and not used to purchase eligible food for the SNAP recipient or the SNAP recipient's household.

| Count | Date | EBT Card Number | Amount of Food Stamp Benefits |
|---|---|---|---|
| 1 | June 26, 2014 | XXXXXXXXXXXX3683 | $489.09 |

INFORMATION/REDDY - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 7, United States Code, Section 2024(b) and Title 18, United States Code, Section 2.

## ASSET FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of the Information, ROHIT REDDY shall forfeit to the United States, pursuant to Title 7, United States Code, Section 2024(f); Title 18, United States Code, Section 981(a)(1)(C); and Title 28, United States Code, Section 2461(c), all property, real and personal, used in a transaction or attempted transaction, to commit, or to facilitate the commission of the offense, and all proceeds traceable to the offense.

If any of the above-described forfeitable property, as a result of any act or omission of the Defendant,

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third party;
3. has been placed beyond the jurisdiction of the Court;
4. has been substantially diminished in value; or
5. has been commingled with other property which cannot be divided without difficulty;

//
//
//

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek the forfeiture of any other property of the Defendant up to the value of the above-described forfeitable property.

Dated this 27TH day of June, 2016.

_____
ANNETTE L. HAYES
United States Attorney

_____
MICHAEL DION
Assistant United States Attorney

_____
REBECCA S. COHEN
Assistant United States Attorney